UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>DARREN D. TOBEY, et al,<br><br>     Defendants, | Civil Nos. 16-4096 (JRT/LIB)<br><br><br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATIONS** |

_____

    Gregory Mokodean, **DOJ-TAX,** Tax Division, 555 Fourth Street NW, Suite 8721, Washington, DC 20001, for plaintiff.

    Michael P. Goodwin, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1100, St Paul, MN 55101-2128, for defendant Minnesota Department of Revenue.

    Annie P. Claesson-Huseby, **BELTRAMI COUNTY ATTORNEY'S OFFICE,** 600 Minnesota Avenue, Suite 400, Bemidiji, MN 56601, for defendant County of Beltrami.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Default Judgments Against Defendants Darren D. Tobey, Dex Media, Inc., and SWS Credit Services, Inc., [Docket No. 30], is **GRANTED**.

    2.    The federal tax liens attributable to the assessments in the present case is enforced.

    3.    The Property be sold subject to further Order of this Court.

    4.    The proceeds of said sale paid in accordance with the Stipulations in the

present case and to the United States toward the satisfaction of Defendant Tobey's outstanding federal tax liabilities.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 9, 2018　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　United States District Court